FILED
CLERK, U.S. DISTRICT COURT

MAY 27 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS FLORES ALBICKER, | ) | NO. CV 05-8310-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STUART J. RYAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 27, 2010.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE